IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA, FORT PIERCE
Case No: 13-14387-CIV-DLG

Fred Luongo et al.,
Plaintiffs
v.
Cynthia L. Cox, et al.,
Defendants
_______________________________/

FILED by [signature] D.C.
DEC 22 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

**PLAINTIFF MANUEL CASARES MOTION FOR EXTENTION OF TIME TO RESPOND TO ORDER OF NOVEMBER 6, 2014 [D.E. 200] FOR NEWLY DISCOVERED EVIDENCE**

Plaintiff Manuel Casares, Pro Se, move this Court for an extension of time to reply to Judges Order of November 6, 2014 for newly discovered evidence stating the following:

**Newly Discovered evidence:**

1. Plaintiff CASARES suffered injury being diagnosed with Chronic Inflammatory response syndrome, sick building syndrome, aspergilosis, sinusitis, organic affective syndrome and anxiety disorder resulting from exposure to black mold toxins including orchratoxin, aflotoxin and trichothecene.

2. Though many of the symptoms of the poisoning have been relived such as the myalgias and severe pain the anxiety disorder and some of The symptoms remain.

3. CASARES is hypersensitive to any and all psychosomatic medications and antihistamines which affect thinking and processing having a strong reaction to any of these medications even at the minimum of doses.

4. CASARES was on and off the medication Bispirone suffering very high reactions of dizziness, confusion, personality changes, anger, unusual restlessness and severe vision changes.

5. These conditions being worsened by retaliations against CASARES by the case rigging enterprise and actors interfering with CASARES' ability to analyze, research, and write any documents without hacker alteration.

6. Though much of the time the reduced and possibly permanent damage of CASARES brain having suffered a drop of native intelligence from the 99.99% level to the 97.5% to 98% level; still leaving CASARES in a gifted category, appeared to conceal much of the dysfunction with some of the pleadings. Others demonstrate the labile and varying nature of CASARES short term cognitive disorders the medication created. A copy of prescription information attached as "Exhibit 1".

7. This resulted in the inability to grasp certain concepts of law which were necessary to put forth the claim properly before this court.

8. CASARES having been medication free for in excess of 90 days can look at the pleadings and rulings of the court objectively.

**Reply to Court Order D.E. 200**

9. The court properly adjudicated in the dismissal of claim for the following reasons which CASARES was not able to comprehend at the time:

a. The claim was a shotgun pleading which is not tolerated.

b. The counts of some of the claims failed to put forth the elements required for the claim.

c. The facts were not put forth simply in the who, what, where, when and how fashion but were summarized leaving the Court and defendants to wonder exactly what was being claimed.

d. The pleadings were excessively long and wordy failing the requirements of Rule 8 being short and plain.

10. CASARES was not able to consolidate these concepts in his brain due to the affects of medication. The concept of heightened pleading requirements conflicted with CASARES' ability to comprehend how to put forth so much information so that the court could understand the extensiveness of the Indian River County case rigging enterprise affecting citizens constitutional rights.

11. CASARES misunderstanding of the highly technical heightened pleading requirements that the Courts have adopted since Twombly erred.

12. The quality of CASARES pleadings were vastly substandard.

13. The court properly adjudicated and CASARES erred in the motion for reconsideration,, with statements which could be construed at holding the court in a biased position.

WHEREFORE, the Court having properly adjudicated, Manuel CASARES formally apologizes to the Court in the event that CASARES either overstepped his bounds, improperly implied bias on the part of the Court, or appeared to disrespect this Court for not being more properly prepared in pleading standards,

**LOCAL RULE 7.1(a)(3)**

On December 22, 2014 Casares not requesting the Court for any material relief affecting defendants made the decision not to contact them by phone.

Respectfully Submitted,

Manuel Casares Co-plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this foregoing has been furnished by U.S mail service on this

__22__ day of December, 2014 to the following:

Pamela Jo Bondi Attorney General. Alex B. C. Ershock, Office of the Attorney General PL-01, The Capital Tallahassee, Florida 32399-1050

Stephen Fromang 1620 26th St. Vero Beach, FL 32960

Burney J. Carter 1623 N. U.S. 1, Suite A-2 Sebastian , FL 32978

Kristi Bergemann c/o Methe & Rockenbach P.A.1555 Palm Beach Lakes Blvd. #1200 West Palm Beach, FL 33401

Robert E. Stone 201 South Second Street Suite 102 Fort Pierce, FL 34950

Christy M. Runkles c/o Purdy, Jolly, Giuffreda & Barranco P.A. 2455 East Sunrise Boulevard Suite 1216 Fort Lauderdale, FL 33304

Jeffery Gomez and Betty Gomez 2276 12th St. Vero Beach, FL 32960

Paul Steinke 1695 19th Place SW Vero Beach, FL 32962

Rodney Janis c/o Wilson Elser LLP 222 Lakeview Avenue West Palm Beach, FL 33401

Jason Lowell Odom c/o Gould Cooksey, Fennell P.A. 979 Beachland Blvd. Vero Beach FL 32963

____________________

Manuel Casares, Co-Plaintiff Pro Se
4725 Stephanie Lane SW
Vero Beach, Florida 32968
772-766-0020

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA, FORT PIERCE
Case No: 13-14387-CIV-DLG

Fred Luongo et al.,
Plaintiffs
v.
Cynthia L. Cox, et al.,
Defendants
_______________________________/

**PLAINTIFF MANUEL CASARES MOTION FOR EXTENTION OF TIME TO RESPOND TO ORDER OF NOVEMBER 6, 2014 [D.E. 200] FOR NEWLY DISCOVERED EVIDENCE**

# EXHIBIT 1

# YOUR PERSONAL PRESCRIPTION INFORMATION

**Your Walgreens Pharmacy Location**
5755 20th St
Vero Beach, FL 32966
(772)778-1772

IF YOU HAVE QUESTIONS ABOUT YOUR PRESCRIPTION, PLEASE CONTACT YOUR WALGREENS PHARMACIST OR CALL 1-800-WALGREENS.

**PATIENT** MANUEL CASARES
**BIRTH DATE** 04/24/57
**MEDICATION** BUSPIRONE 10MG TABLETS
**QUANTITY** 90
**DIRECTIONS** TAKE 1 TABLET BY MOUTH THREE TIMES DAILY

**DOCTOR** W. CREELMAN, PBR

**PATIENT ALLERGIES**

**DRUG DESCRIPTION**



WHITE

FRONT: 93 54 or TEVA 54

---

**INGREDIENT NAME:** BUSPIRONE (byoo-SPYE-rone)

**COMMON USES:** This medicine is an antianxiety agent used to treat anxiety. It may also be used to treat other conditions as determined by your doctor.

**BEFORE USING THIS MEDICINE:** Some medicines or medical conditions may interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. DO NOT TAKE THIS MEDICINE if you are taking sodium oxybate (GHB). Do not take this medicine if you are taking or have taken furazolidone, linezolid, or a monoamine oxidase inhibitor (MAOI) (such as phenelzine) within the past 14 days. ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking other medicines for anxiety or depression, azole antifungals (such as fluconazole, itraconazole, or ketoconazole), carbamazepine, dexamethasone, diltiazem, HIV protease inhibitors (such as ritonavir), macrolide or ketolide antibiotics (such as erythromycin, telithromycin), nefazodone, phenytoin, phenobarbital, rifampin, verapamil, or methylene blue. DO NOT START OR STOP any medicine without doctor or pharmacist approval. Inform your doctor of any other medical conditions including kidney or liver problems, or a history of suicidal thoughts or actions, allergies, pregnancy, or breast-feeding. USE OF THIS MEDICINE IS NOT RECOMMENDED if you have a history of severe liver or kidney disease. Contact your doctor or pharmacist if you have any questions or concerns about taking this medicine.

**HOW TO USE THIS MEDICINE:** Follow the directions for using this medicine provided by your doctor. THIS MEDICINE MAY BE TAKEN on an empty stomach or with food. AVOID LARGE AMOUNTS OF GRAPEFRUIT or grapefruit juice while you are taking this medicine. Talk with your doctor or pharmacist if you have questions about including grapefruit or grapefruit juce in your diet. STORE THIS MEDICINE at room temperature at 77 degrees F (25 degrees C), in a tightly-closed container, away from heat and light. Brief storage between 59 and 86 degrees F (15 and 30 degrees C) is permitted. IF YOU MISS A DOSE OF THIS MEDICINE, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. Do not take 2 doses at once.

**CAUTIONS:** SEVERAL DAYS TO WEEKS MAY PASS before this medicine reaches its full effect. Continue taking this medicine during this time. THIS MEDICINE MAY CAUSE dizziness. Do not drive, operate machinery, or do anything else that could be dangerous until you know how you react to this medicine. BEFORE DRINKING ALCOHOL OR TAKING OTHER MEDICINES, check with your doctor or pharmacist. FOR WOMEN: IT IS UNKNOWN IF THIS DRUG IS EXCRETED in breast milk. DO NOT BREAST-FEED while taking this medicine.

**POSSIBLE SIDE EFFECTS:** SIDE EFFECTS that may occur while taking this medicine include blurred vision, dizziness, drowsiness, excitement, headache, lightheadedness, nervousness, or nausea. If they continue or are bothersome, check with your doctor. CHECK WITH YOUR DOCTOR AS SOON AS POSSIBLE if you experience unusual or uncontrolled muscle movements. CONTACT YOUR DOCTOR IMMEDIATELY if you experience chest pain; fainting; fever; irregular heartbeat; loss of coordination; memory problems; new or worsening mental, mood, or personality changes (such as anger, hostility, confusion, depression); seizures; suicidal thoughts or actions; unusual hoarseness; unusual restlessness; or vision changes. AN ALLERGIC REACTION TO THIS MEDICINE is unlikely, but seek immediate medical attention if it occurs. Symptoms of an allergic reaction include rash, itching, swelling, severe dizziness, or trouble breathing. If you notice other effects not listed above, contact your doctor, nurse, or pharmacist. This is not a complete list of all side effects that may occur. If you have questions about side effects, contact your healthcare provider. Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

**OVERDOSE:** If overdose is suspected, contact your local poison control center or emergency room immediately. Symptoms of overdose may include nausea, vomiting, dizziness, drowsiness, and decreased pupil size.

**ADDITIONAL INFORMATION:** DO NOT SHARE THIS MEDICINE with others for whom it was not prescribed. DO NOT USE THIS MEDICINE for other health conditions. KEEP THIS MEDICINE out of the reach of children. IF USING THIS MEDICINE FOR AN EXTENDED PERIOD OF TIME, obtain refills before your supply runs out.

**KEEP OUT OF REACH OF CHILDREN: STORE IN SAFETY CONTAINER OR SECURE AREA.**

Call your doctor for medical advice about side effects.
You may report side effects to FDA at 1-800-FDA-1088.

Do not flush unused medications or pour down a sink or drain.

WIC# 216382